ASE

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Steve TAMAYO-Martinez,<br><br>Defendant. | Case No.: 26MJ8387-LR<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 21 U.S.C.§ 841(a)(1)<br>Possession of a Controlled Substance with Intent to Distribute |

The undersigned complainant being duly sworn states:

On or about April 28 2026, within the Southern District of California, defendant, Steve TAMAYO-Martinez, did knowingly and intentionally possess with intent to distribute 1 kilogram and more, to wit: approximately 5.83 kilograms (12.85 pounds), of a mixture or substance containing a detectable amount of heroin, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Section 841.

The complainant states that this complaint is based on the attached Statement of Facts, incorporated herein by reference.

Special Agent Jose Huirache
Drug Enforcement Administration

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 29th day of April 2026.

HON. LUPE RODRIGUEZ, JR.
U. S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Steve TAMAYO-Martinez

## STATEMENT OF FACTS

On April 28, 2026, United States Border Patrol Agent (BPA) J. Munoz was assigned to the Highway 111 Border Patrol Checkpoint, located near Niland, California. At approximately 3:00 p.m., a Silver Jeep Grand Cherokee bearing California license plates, driven by Steve TAMAYO-Martinez (TAMAYO), approached the primary inspection area. TAMAYO was the sole occupant of the vehicle. BPA Munoz asked TAMAYO to state his citizenship. TAMAYO replied he was a United States Citizen. BPA Munoz asked TAMAYO for any form or immigration identification and TAMAYO presented a valid California Identification card. BPA Munoz asked TAMAYO where he was coming from. TAMAYO said he was coming from Mexicali B.C., and was going back to Indio, California. BPA Munoz asked TAMAYO if he was the owner of the vehicle and TAMAYO said "Yes”. TAMAYO said he purchased the vehicle from his cousin’s uncle about three weeks ago. BPA Munoz asked for consent to search TAMAYO’s vehicle. TAMAYO granted consent and was subsequently referred to secondary inspection.

At approximately 4:40 p.m., canine handler BPA Fiehler asked TAMAYO for consent to perform a canine sniff on the exterior and interior of his vehicle, and TAMAYO consented. BPA Fiehler asked TAMAYO if he consumes marijuana to which TAMAYO replied “Yes”. TAMAYO then produced a small Marijuana vape pen from his front pocket. BPA Fiehler and his Human and Narcotics Detection Dog (HNDD) are certified in the detection of marijuana, cocaine, methamphetamine, heroin and their derivatives, as well as the detection of concealed humans. BPA Fiehler proceeded to have his HNDD conduct a sniff of the vehicle, and BPA Fiehler’s HNDD alerted to the presence of trained odors in the front grill of the vehicle.

Subsequently, BPA Fiehler conducted a search of the vehicle and noticed that the oil pan in the undercarriage was protruding lower than the front axle. BPA Fiehler also noticed that the oil pan had grinding marks from where it had been welded and extended. BPA

Fiehler inspected the oil pan using a fiber optic scope and was able to see a steel welded box inside the oil pan compartment. BPA Fiehler removed the oil pan and found a metal box containing five (5) silver foil-wrapped packages. TAMAYO was placed under arrest and the packages were taken inside the checkpoint for processing. BPA Fiehler conducted a field-test of the packages and the substance tested positive for the characteristics of heroin. The total approximate weight of the packages was 5.83 kilograms (12.85 pounds).

Special Agents from the Drug Enforcement Administration (DEA) assigned to the Imperial County District Office (ICDO) responded to the Highway 111 Checkpoint and conducted a post-arrest interview with TAMAYO. TAMAYO was advised of his Miranda rights and TAMAYO stated that he understood his rights and was willing to speak to Agents without the presence of an attorney. TAMAYO stated that he had knowledge of the presence of the packages of narcotics found in the vehicle. TAMAYO stated that he did not know where or how many packages were in the vehicle and that he thought it was cocaine. TAMAYO stated that a friend introduced him to an unnamed individual in Mexicali, Mexico. TAMAYO stated that while he was in Mexicali, Mexico, TAMAYO gave the keys to the silver Jeep Grand Cherokee to the unnamed individual. TAMAYO stated the unnamed individual drove the vehicle away for some time, then later returned the vehicle to TAMAYO. TAMAYO stated he was told by the unnamed individual that the vehicle was ready and loaded with the narcotics. TAMAYO stated the unnamed individual instructed him to drive the vehicle across the United States-Mexico Border to the United States and continue towards Indio, California. TAMAYO stated he was going to be paid $1,000.00 USD upon delivery of the narcotics in Indio, California.

TAMAYO was placed under arrest and charged with a violation of Title 21, United States Code section 841: Possession of a Controlled Substance with Intent to Distribute. TAMAYO was then transported and booked at El Centro Geo Detention facility.